UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case Number: 5:12-HC-2017-FL

PAUL EDWARD NOBLES
          Petitioner,
    v.                                            **Judgment in a Civil Case**
UNITED STATES OF AMERICA and
ANGELA DUNBAR
          Respondents.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for a preliminary review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on October 5, 2012, with service on:
(via U.S. Mail)
Paul Edward Nobles
23343-057
Butner Low - F.C.I.
P.O. Box 999
Butner, NC 27509

October 5, 2012                                            /s/ Julie A. Richards
                                                            Clerk